9 So.2d 761
### STATE v. Joe ROGERS, alias, etc.
4 Div. 263.

Supreme Court of Alabama.
June 18, 1942.

Rehearing Denied Oct. 8, 1942.

L. A. Farmer, of Dothan, for the petition.

Thos. S. Lawson, Atty. Gen., and Jas. F. Matthews, Asst. Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Joe Rogers (alias Joe Smith, alias Black Boy Smith) for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of State v. Rogers, 30 Ala.App. 515, 9 So.2d 758.

Writ denied.

All Justices concur, except KNIGHT, J., not sitting.

9 So.2d 768
### Edwin WARLEY et al. v. Alice F. CIEUTAT, Adm'x.
1 Div. 170.

Supreme Court of Alabama.
June 18, 1942.

Rehearing Denied Oct. 8, 1942.

McCorvey, McLeod, Turner & Rogers, of Mobile, for petition.

D. R. Coley, Jr., of Mobile, opposed.

BROWN, Justice.

Petition of Edwin Warley and others, partners doing business as Warley Fruit & Produce Company, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Warley et al. v. Cieutat, Adm'x, 30 Ala.App. 522, 9 So.2d 765.

Writ denied.

All the Justices concur, except KNIGHT, J., not sitting.